IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| Joseph R. Mangioni | ) | |
| | ) | **FILED: JUNE 26, 2008** |
| Plaintiff, | ) | **08CV3655** |
| | ) | **JUDGE ASPEN** |
| v. | ) No. | **MAGISTRATE JUDGE ASHMAN** |
| | ) | **AEE** |
| Law Offices of Mitchell N. Kay, P.C., | ) | |
| | ) | |
| Defendant. | ) | Jury Demanded |

## COMPLAINT

Plaintiff, Joseph R. Mangioni, brings this action for damages against Defendant, Law Offices of Mitchell N. Kay, P.C., for its violations of the Fair Debt Collection Practices Act, 15 U.S.C. § 1692, et seq. ("FDCPA").

### JURISDICTION AND VENUE

1. The jurisdiction of the Court is invoked as authorized by § 1692k(d) of the FDCPA and 28 U.S.C. § 1331.

2. Venue is proper in this District because the acts and transactions occurred here, Plaintiff resides here, and Defendant attempted to collect a consumer debt from Plaintiff here.

### PARTIES

3. Plaintiff, Joseph R. Mangioni, is a citizen of the State of Illinois residing in the Northern District of Illinois from whom Defendant tried to collect a consumer debt.

4. Defendant, Law Offices of Mitchell N. Kay, P.C. ("MNK"), is a New York law firm based in New York City that practices primarily in debt collection. MNK is a debt collector under § 1692a(6) of the FDCPA because it regularly collects debts owed or due, or asserted to be

1

owed or due, to others.

## FACT ALLEGATIONS

5.  In the mid-1980s, Mangioni entered into a health club services contract with Chicago Health Clubs. The contract was entered into based on misrepresentations by Chicago Health Clubs. Mangioni has not made a payment on the contract since before June 28, 1997.

6.  On or after June 28, 2007, MNK sent a letter to Mangioni trying to collect an alleged debt of $930.06 MNK claimed Mangioni owed to "Capital Asset Holdings Corp. Chicago Health Clubs Credit." See Exhibit A. This letter was printed on stationery that identified MNK as a law firm, identified MNK's "of counsel" law firm in Chicago, The Albert Law Firm, PC, and informed Mangioni that MNK was handling Mangioni's "account".

7.  The letter was a threat from MNK, a law firm, to take legal action to collect the alleged debt, even though any suit to collect on the alleged debt was barred by the statute of limitations. Mangioni had not made any payments on the contract for more than ten years before the date of the letter.

## COUNT I
## Violation of § 1692e(2)(A) of the FDCPA

8.  Mangioni adopts and realleges the allegations in Paragraphs 1-7.

9.  The FDCPA prohibits a debt collector from making any false, deceptive or misleading representation in connection with the collection of a debt, including the false representation of the character, amount or legal status of a debt. See 15 U.S.C. § 1692e(2)(A).

10. In the June 28, 2007 letter, MNK falsely represented that the alleged debt was not time-barred and was collectable in legal proceedings.

11. MNK's violation of § 1692e(2)(A) of the FDCPA renders it liable to Mangioni

2

for damages, costs and attorneys' fees. *See* 15 U.S.C. § 1692k.

## COUNT II
### Violation of § 1692f of the FDCPA

12. Mangioni adopts and realleges the allegations in Paragraphs 1-11.

13. The FDCPA prohibits a debt collector from using unfair or unconscionable means to collect a debt. 15 U.S.C. § 1692f.

14. MNK violated § 1692f of the FDCPA by threatening to sue Mangioni to collect on an alleged debt when MNK knew such suit would be barred by the statute of limitations.

15. MNK's violation of § 1692f of the FDCPA renders it liable to Mangioni for damages, costs and attorneys' fees. 15 U.S.C. § 1692k.

## PRAYER FOR RELIEF

Plaintiff, Joseph R. Mangioni, prays that this Court:

a. Enter judgment in favor of Mangioni, and against Law Offices of Mitchell N. Kay, P.C., for actual damages, statutory damages, punitive damages, special damages, costs and attorneys' fees; and

b. Grant such further relief as deemed just.

## JURY DEMAND

Plaintiff demands a trial by jury on all claims.

Joseph Mangioni

By:   s/ Katherine A. Hathaway
         One of Plaintiff's Attorneys

Dated: June 26, 2008

James Shedden
Tony Kim
Katherine Hathaway (khathaway@lawsds.com; ARDC# 6283052)
Schad, Diamond & Shedden, P.C.
332 South Michigan Avenue, Suite 1000
Chicago, Illinois 60604-4398

**Law Offices of Mitchell N. Kay, P.C.**
P.O. Box 2374
Chicago, IL 60690-2374

67 155 00016582
466942

**Call Toll Free:**
**1-866-355-9583**
(312) 553-5002

205 West Randolph Street
Suite 920
Chicago, IL 60606

*Mitchell N. Kay, P.C.*
*Admitted in New York*
*& Washington D.C.*

**PERSONAL AND CONFIDENTIAL**

June 28, 2007

*Of Counsel*
*The Alberi Law Firm, P.C.*\*\*
\*\**Admitted in Illinois*

JOSEPH R MANGIONI
21155 W GELDEN RD
LAKE VILLA IL 60046-7447

Office Hours: Mon-Thurs  8:00am - 9:00pm EST
              Friday     8:00am - 6:00pm EST
              Saturday   8:00am - 12:00 Noon EST

Reference Number ▸ 62668967-11

| Account Number ▸ 0211219305-B | RE ▸ JOSEPH R MANGIONI |
|---|---|
| | Balance ▸ $930.06 |
| Creditor ▸ CAPITAL ASSET HOLDINGS CORP. CHICAGO HEALTH CLUBS CREDIT | |

Please be advised that your account, as referenced above, is being handled by this office.

We have been authorized to offer you the opportunity to settle this account with a lump sum payment, equal to 30% of the balance due - which is $279.02!

Unless you notify this office within 30 days after receiving this notice that you dispute the validity of this debt or any portion thereof, this office will assume this debt is valid.

If you notify this office in writing within 30 days from receiving this notice, this office will: Obtain verification of the debt or obtain a copy of a judgment and mail you a copy of such judgment or verification.

If you request this office in writing within 30 days after receiving this notice, this office will provide you with the name and address of the original creditor, if different from the current creditor.

**EXHIBIT A**

**PLEASE ADDRESS ALL PAYMENTS TO:**
Law Offices of Mitchell N. Kay, P.C.
7 Penn Plaza, New York, NY 10001-3995

Notice: Please see reverse side for important information.

*Please return bottom portion with payment.*    ▼ Detach Here ▼

LC FOREST/RYERSON   Received   Fax:847-948-7712   Jul 13 2007 04:26pm   Jul 13 '07 17:25   P.01