**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 3.2.1**
**Eastern Division**

Joseph R Mangioni
                                                  Plaintiff,

v.                                                                Case No.: 1:08−cv−03655
                                                                  Honorable Marvin E. Aspen

Law Offices of Mitchell N. Kay, P.C.
                                                  Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Thursday, August 21, 2008:


    MINUTE entry before the Honorable Marvin E. Aspen:Status hearing held on
8/21/2008, and continued to 9/25/2008 at 10:30 AM. Parties are to hold a preliminary
settlement conference and report to the court the status of settlement. Parties are to file a
joint written discovery plan in advance of the status date, with a courtesy copy to
Chambers, room 2578. Judicial staff mailed notice(gl, )



**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.