# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| JOSEPH R. MANGIONI,<br><br>     Plaintiff,<br>v.<br><br>LAW OFFICES OF MITCHELL N. KAY, P.C..<br><br>     Defendant. | Case No.:  08 CV 3655 |

APPEARANCE(S) ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
**LAW OFFICES OF MITCHELL N. KAY, P.C.**

| |
|---|
| NAME:  Stephen D. Vernon |
| SIGNATURE:  s/ *Stephen D. Vernon* |
| FIRM:  HINSHAW & CULBERTSON LLP |
| STREET ADDRESS  222 North LaSalle Street, Suite 300 |
| CITY/STATE/ZIP  Chicago, Illinois 60601-1081 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6288676 | TELEPHONE NUMBER<br>312/704-3000 |
|---|---|

| | |
|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES ☐ | NO ☒ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES ☐ | NO ☒ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?  YES ☐  NO ☒ | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |

6355239v1 33

## CERTIFICATE OF SERVICE

I hereby certify that on **August 25, 2008,** I electronically filed the forgoing **APPEARANCE** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served upon all parties of record.

James Shedden
Tony Kim
Katherine Hathaway
Schad, Diamond & SHedden, P.C.
332 S. Michigan Avenue, Ste. 1000
Chicago, Illinois  60604-4398
jshedden@lawsds.com
tkim@lawsds.com
khathaway@lawsds.com

|  |  |
|---|---|
|  | HINSHAW & CULBERTSON LLP |
| Stephen D. Vernon | s/ *Stephen D. Vernon* |
| HINSHAW & CULBERTSON LLP | Stephen D. Vernon |
| 222 North LaSalle Street, Suite 300 |  |
| Chicago, Illinois 60601 |  |
| 312/704-3000 |  |
| 312/704-3001 – fax |  |
| svernon@hinshawlaw.com |  |

6355239v1 33