# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| JOSEPH R. MANGIONI,<br><br>    Plaintiff,<br>v.<br><br>LAW OFFICES OF MITCHELL N. KAY, P.C..<br><br>    Defendant. | Case No.:  08 CV 3655 |

APPEARANCE(S) ARE HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:
LAW OFFICES OF MITCHELL N. KAY, P.C.

| |
|---|
| NAME:  David M. Schultz |
| SIGNATURE:  s/ *David M. Schultz* |
| FIRM:  HINSHAW & CULBERTSON LLP |
| STREET ADDRESS  222 North LaSalle Street, Suite 300 |
| CITY/STATE/ZIP  Chicago, Illinois 60601-1081 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6197596 | TELEPHONE NUMBER<br>312/704-3000 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☒ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ☒ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☒ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☒ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐

## CERTIFICATE OF SERVICE

    I hereby certify that on **August 25, 2008,** I electronically filed the forgoing **APPEARANCE** with the Clerk of the U.S. District Court, using the CM/ECF system reflecting service of to be served upon all parties of record.

TO:    James Shedden
          Tony Kim
          Katherine Hathaway
          Schad, Diamond & SHedden, P.C.
          332 S. Michigan Avenue, Ste. 1000
          Chicago, Illinois 60604-4398
          jshedden@lawsds.com
          tkim@lawsds.com
          khathaway@lawsds.com

                                              HINSHAW & CULBERTSON LLP

David M. Schultz                             s/ *David M. Schultz*
HINSHAW & CULBERTSON LLP           David M. Schultz
222 North LaSalle Street, Suite 300
Chicago, Illinois 60601
312/704-3000
312/704-3001 – fax
dschultz@hinshawlaw.com